# IN THE SUPREME COURT OF THE STATE OF NEVADA

PNC BANK, N.A., A NATIONAL ASSOCIATION,

        Appellant,

vs.

TYRONE & IN-CHING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,

        Respondent.

No. 80190

**FILED**

JUN 09 2020

CLERK OF SUPREME COURT

BY _____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. However, the stipulation is not signed by counsel of record for respondent. Accordingly, the stipulation is treated and granted as a motion to voluntarily dismiss this appeal. This appeal is dismissed. NRAP 42(b). The parties shall bear their own fees and costs.

It is so ORDERED.

_____, C.J.

cc:    Hon. Adriana Escobar, District Judge
        Wolfe & Wyman LLP
        Hong & Hong
        Eighth District Court Clerk

20-21669